## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| ANGELA NAILS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>US BANK (USA) N.A.,<br><br>　　　　　Defendant. | Civil No. 15-4371 (JRT/HB)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

Angela Nails, 22435 Dix Toledo Road, Unit 1, Bromstown, MI 48183, *pro se* plaintiff.

This matter is before the Court on the Report and Recommendation issued by United States Magistrate Judge Hildy Bowbeer on January 4, 2016 [Doc. No. 4]. No party objected to the Report and Recommendation in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [Doc. No. 4] is **ADOPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION**; and

3. Plaintiff's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 3, 2016　　　　　　　　s/John R. Tunheim

at Minneapolis, Minnesota             JOHN R. TUNHEIM
                                      Chief Judge
                                      United States District Court